IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-161 |
| MILAGROS RIVERA, | |
| Defendant. | |

**JOINT STIPULATED ORDER FOR**
**VOLUNTARY PRE-JUDGMENT PAYMENT**

The parties, the United States of America, and the Defendant Milagros Rivera (hereinafter, the "Defendant"), agree and stipulate as follows:

1. On November 26, 2019, pursuant to a written plea agreement, the Defendant pled guilty to count-one of an Information, wherein she was charged with violating 18 U.S.C. § 371. *See* Dkt. No. 17.

2. The plea agreement contained an acknowledgment that restitution at sentencing shall include the value of the kickbacks, which the U.S. Probation Office has determined to total $81,360. *See Id* at 8.

3. In an effort to demonstrate her acceptance of responsibility and her good faith desire to satisfy her expected order of restitution, the Defendant seeks to voluntarily remit a prejudgment payment in the amount of $81,360 in the form of a check made payable to the U.S. District Court, and mailed or delivered to the Clerk of Court at 125 Bull Street, Savannah, Georgia 31401, with a reference to the case number in the memo section of the check.

4.	Furthermore, the Parties agree that upon entry of judgment in the above-styled criminal case, all prejudgment payments received from and on behalf of the Defendant shall immediately be applied towards the Defendant's restitution balance.

5.	The Clerk of Court is hereby directed to accept the Defendant's prejudgment payments, and upon entry of judgment, the Clerk of Court shall apply said payments to the balance of the Defendant's order to restitution.

**SO ORDERED**, this 30th day of April, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA